UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | Mag. No. 18-8140 |
| v. : | |
| : | Honorable Michael A. Hammer |
| SEAN COLLINS : | United States Magistrate Judge |
| : | |
| Defendant. : | **ORDER MODIFYING** |
| : | **CONDITIONS OF RELEASE** |

**THIS MATTER** having been opened to the Court by Defendant Sean Collins for an Order Modifying Conditions of Release and the United States Pretrial Services Agency having no objection to the application; and for good cause shown,

**WHEREFORE, IT IS** on this 21st day of November, 2018,

**ORDERED** that the Defendant shall be permitted to travel to his brother's home at [address redacted], but provided to Pretrial Services Newark, New Jersey on Thanksgiving (Thursday, November 22, 2018) from 1:00 p.m. to 7:00 p.m.; and it is further

**ORDERED** that all other terms and conditions of pretrial release previously imposed remain in full force and effect, except as modified by this Order.

**SO ORDERED**

*s/Michael A. Hammer*
Michael A. Hammer, U.S.M.J.

Date: 11/21/2018